UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER MARTEL, DONNA MAJOR and LYN BATES,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>MAURA HEALEY, in her official capacity as Attorney General of the Commonwealth of Massachusetts,<br><br>　　　　　　　　　　Defendant. | CIVIL ACTION<br>No. 1:17-cv-10248-DPW |

## ANSWER

The defendant Maura Healey, in her official capacity as Attorney General of the Commonwealth of Massachusetts, answers the plaintiffs' complaint as follows.

### FIRST DEFENSE

The defendant responds to the corresponding paragraphs of the Complaint as follows.

The first unnumbered paragraph does not require a response because it merely characterizes this action and does not contain allegations of fact. To the extent a response might be required, the defendant denies that plaintiffs' rights were violated or that plaintiffs are entitled to relief.

1.- 3.　The defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraphs 1 - 3, therefore denies them.


4. The first sentence of paragraph 4 does not require a response, as it merely characterizes the capacity in which plaintiffs have sued the Attorney General. The defendant admits the allegations of the second sentence of paragraph 4.

5. Paragraph 5 asserts only legal conclusions to which no response is required.

6. Paragraph 6 asserts only a legal conclusion to which no response is required.

7.- 8. Paragraphs 7 and 8 do not require a response because they characterize and quote from Mass. Gen. Laws c. 140 § 131J, which speaks for itself.

9. Paragraph 9 is too vague and ambiguous to permit the defendant to frame a response; as such, the defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

10. - 15. The defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraphs 10 - 15, and therefore denies them.

16. Paragraph 16 does not make allegations of fact, but rather makes legal assertions about the nature and scope of the Second and Fourteenth Amendments. In response, the defendant states that these Amendments speak for themselves and no other response is required

17. - 19. Paragraphs 17 - 19 assert only legal conclusions to which no response is required. To the extent a response might be required, the allegations of these paragraphs are denied and the defendant denies that plaintiffs are entitled to relief.

The remainder of the Complaint is a demand for judgment for which no answer is required, except that the defendant denies the plaintiffs are entitled to relief.

.

## SECOND DEFENSE

The plaintiffs have not alleged facts establishing a violation of a constitutional right, and therefore fail to state a claim for relief under 42 U.S.C. § 1983, or otherwise.

## THIRD DEFENSE

The Commonwealth's sovereign immunity and Eleventh Amendment immunity bar the Plaintiffs from seeking or obtaining any monetary relief against the defendant.

## FOURTH DEFENSE

The defendant is not liable for attorneys' fees or costs under 42 U.S.C. § 1988, 28 U.S.C. § 1920, or any other authority.

                    Respectfully submitted,

                    MAURA HEALEY
                    ATTORNEY GENERAL

                    /s/ William W. Porter
                    William W. Porter, BBO # 542207
                    Andrew Haile, BBO # 694182
                    Assistant Attorneys General
                    Office of the Attorney General
                    One Ashburton Place
                    Boston, MA  02108
                    617-963-2976
                    Bill.Porter@state.ma.us

Date:  April 27, 2017

## CERTIFICATE OF SERVICE

I certify that this document, filed through the Court's ECF, system will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants by first-class mail on April 27, 2017.

                    /s/ William W. Porter
                    William W. Porter
                    Assistant Attorney General