UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

CHRISTOPHER MARTEL, DONNA MAJOR,
and LYN BATES,

                        Plaintiffs,

            v.

MAURA HEALEY, in her official capacity as
Attorney General of Massachusetts,

                        Defendant.

CIVIL ACTION
NO. 17-cv-10248-DPW

---

### DEFENDANT'S LOCAL RULE 56.1 STATEMENT
### OF UNDISPUTED MATERIAL FACTS

Pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1, the defendant, Attorney General Maura Healey, respectfully submits this statement of undisputed adjudicative facts material to her cross-motion for summary judgment.

1.      The plaintiffs are three Massachusetts residents who wish to purchase and possess electrical weapons in Massachusetts, but have refrained from doing so because of G.L. c. 140, § 131J. *See* Martel Statement ¶¶ 1, 4–6; Bates Statement ¶¶ 1, 4–6; Major Statement ¶¶ 1, 4–6.

2.      Each of the plaintiffs holds a license to carry firearms in Massachusetts. *See* Martel Statement ¶ 3; Bates Statement ¶ 3; Kobick Aff., Exs. O, P.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | MAURA HEALEY<br>ATTORNEY GENERAL |
|  | /s/ Julia Kobick<br>Julia Kobick (BBO #680194)<br>Assistant Attorney General<br>Government Bureau<br>Office of the Massachusetts Attorney General<br>One Ashburton Place, 20th Floor<br>Boston, Massachusetts 02108<br>(617) 963-2559 |
| Dated: June 7, 2017 | Julia.Kobick@state.ma.us |

**CERTIFICATE OF SERVICE**

      I certify that this document filed through the CM/ECF system will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 7, 2017.

                                                                  /s/ Julia Kobick
                                                                    Julia Kobick
                                                                    Assistant Attorney General