UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER MARTEL, DONNA MAJOR, and LYN BATES,<br><br>Plaintiffs,<br><br>v.<br><br>MAURA HEALEY, in her official capacity as Attorney General of Massachusetts,<br><br>Defendant. | CIVIL ACTION<br>NO. 17-cv-10248-DPW |

## DEFENDANT'S RESPONSE TO PLAINTIFFS' STATEMENT OF MATERIAL FACTS PURSUANT TO LOCAL RULE 56.1

Pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1, Attorney General Maura Healey responds to the Plaintiffs' Statement of Material Facts ("Plaintiffs' Statement") as follows:

1. Paragraph 1 of the Plaintiffs' Statement is undisputed.

2. Paragraph 2 of the Plaintiffs' Statement is undisputed.

3. The first, second, and third sentences of Paragraph 3 of the Plaintiffs' Statement are undisputed. The defendant disputes the fourth sentence of Paragraph 3 to the extent it suggests that stun guns cannot be lethal. *See* Kobick Aff., Exhibit EE. The defendant disputes the fifth sentence of Paragraph 3 because a person can bring pepper spray in checked baggage on an airplane. *See* Transp. Security Administration, *What Can I Bring?*, https://www.tsa.gov/travel/security-screening/whatcanibring

4. Paragraph 4 of the Plaintiffs' Statement is undisputed.

5. Paragraph 5 of the Plaintiffs' Statement is undisputed.

6. Paragraph 6 of the Plaintiffs' Statement is undisputed.

7. Paragraph 7 of the Plaintiffs' Statement is undisputed.

8. Paragraph 8 of the Plaintiffs' Statement is undisputed.

9. Paragraph 9 of the Plaintiffs' Statement is undisputed.

10. Paragraph 10 of the Plaintiffs' Statement is undisputed.

11. Paragraph 11 of the Plaintiffs' Statement is undisputed.

12. Paragraph 12 of the Plaintiffs' Statement is undisputed.

13. Paragraph 13 of the Plaintiffs' Statement is undisputed.

14. The first and second sentences of Paragraph 14 of the Plaintiffs' Statement are undisputed. The defendant disputes the third sentence of Paragraph 14 because the evidence shows that Donna Major has extensive experience using firearms. *See* Kobick Aff., Exs. O, P.

15. Paragraph 15 of the Plaintiffs' Statement is undisputed.

16. Paragraph 16 of the Plaintiffs' Statement is undisputed

17. Paragraph 17 of the Plaintiffs' Statement is undisputed.

Respectfully submitted,

MAURA HEALEY
ATTORNEY GENERAL

  /s/ Julia Kobick
Julia Kobick (BBO #680194)
Assistant Attorney General
Government Bureau
Office of the Massachusetts Attorney General
One Ashburton Place, 20th Floor
Boston, Massachusetts 02108
(617) 963-2559
Dated: June 7, 2017          Julia.Kobick@state.ma.us

**CERTIFICATE OF SERVICE**

I certify that this document filed through the CM/ECF system will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 7, 2017.

/s/ Julia Kobick
Julia Kobick
Assistant Attorney General