UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER MARTEL, DONNA MAJOR, and LYN BATES,<br><br>Plaintiffs,<br><br>v.<br><br>MAURA HEALEY, in her official capacity as Attorney General of Massachusetts,<br><br>Defendant. | CIVIL ACTION<br>NO. 17-cv-10248-DPW |

**DECLARATION OF JULIA KOBICK IN SUPPORT OF
DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT**

I, Julia Kobick, hereby declare and state the following:

1. I am an Assistant Attorney General at the Massachusetts Office of the Attorney General and am a member in good standing of the Massachusetts bar. I represent Attorney General Maura Healey in this matter.

2. I make this declaration in support of the Attorney General's Cross-Motion for Summary Judgment. Unless stated otherwise, I have personal knowledge of the facts set forth herein and am competent to testify thereto.

3. Attached as Exhibit A is a true and correct copy of M. White & J. Ready, *The Impact of the Taser on Suspect Resistance: Identifying Predictors of Effectiveness*, 56 CRIME & DELINQUENCY 70 (2010).

4. Attached as Exhibit B is a true and correct copy of D. Zipes, *Sudden Cardiac Arrest and Death Following Application of Shocks from an Electronic Control Device*, 125 CIRCULATION 2417 (2012).

5. Attached as Exhibit C is a true and correct copy of R. Kane & M. White, *TASER® Exposure and Cognitive Impairment*, 15 CRIMINOLOGY & PUB. POLICY 79 (2015).

6. Attached as Exhibit D is a true and correct copy of Amnesty Int'l, *Annual Report: United States of America 2013*, available at https://www.amnestyusa.org/reports/annual-report-united-states-of-america-2013/?page=show.

7. Attached as Exhibit E is a true and correct copy of D. Zipes, *TASER Electronic Control Devices Can Cause Cardiac Arrest in Humans*, 129 CIRCULATION 101 (2014).

8. Attached as Exhibit F is a true and correct copy of A. Dennis et al., *Acute Effects of TASER X26 Discharges in a Swine Model*, 63 J. OF TRAUMA, INJURY, INFECTION & CRITICAL CARE 581 (2007).

9. Attached as Exhibit G is a true and correct copy of excerpts from Taser International, Inc., Form 10-K, 2017 Annual Report to the U.S. Securities & Exchange Commission.

10. Attached as Exhibit H is a true and correct copy of M. Schmidt, *"I Quit," Handcuffed Man Says in Video of Fatal Encounter with Georgia Police*, N.Y. TIMES (May 20, 2016), available at https://www.nytimes.com/2016/05/21/us/chase-sherman-video-georgia.html?hp&action=click&pgtype=Homepage&clickSource=story-heading&module=first-column-region&region=top-news&WT.nav=top-news&_r=0.

11. Attached as Exhibit I is a true and correct copy of Z. Fagenson, *Death of Florida man after police used Taser deemed homicide*, REUTERS (May 15, 2015), available at http://www.reuters.com/article/us-usa-police-florida-idUSKBN0O027E20150515.

12. Attached as Exhibit J is a true and correct copy of C. Thompson & M. Berman, *Improper Techniques, Increased Risks*, WASHINGTON POST (Nov. 26, 2015), available at http://www.washingtonpost.com/sf/investigative/2015/11/26/improper-techniques-increased-risks/?utm_term=.a70e7f882a10.

13. Attached as Exhibit K is a true and correct copy of A. Herndon, *Death and questions after man is tased by Fall River Police*, BOSTON GLOBE (May 17, 2016), https://www.bostonglobe.com/metro/2016/05/17/man-dies-after-being-tased-fall-river-police/1cGclImbD93sPPG5MRhdoK/story.html.

14. Attached as Exhibit L is a true and correct copy of B. Lee, *Man dies after being shot with Taser; Worcester police chief sees no excessive force*, WORCESTER TELEGRAM & GAZETTE (July 29, 2015), http://www.telegram.com/article/20150729/NEWS/150729015.

15. Attached as Exhibit M is a true and correct copy of M. Nizza, *U.N. Torture Panel Singles Out Tasers*, N.Y. TIMES (Nov. 26, 2007), available at https://thelede.blogs.nytimes.com/2007/11/26/un-torture-panel-singles-out-tasers/.

16. Attached as Exhibit N is a true and correct copy of T. Edson, Exec. Office of Pub. Safety & Security, Electronic Control Weapons in Massachusetts: 2015, (Oct. 2016), available at http://www.mass.gov/eopss/docs/ogr/ecw-in-massachusetts-annual-report-2015.pdf.

17. Attached as Exhibit O is a true and correct copy of the Complaint in *Draper v. Healey*, U.S.D.C. No. 1:14-cv-12471-NMG (Dkt. No. 1).

18. Attached as Exhibit P is a true and correct copy of Exhibit 5 to the Complaint in *Draper v. Healey*, U.S.D.C. No. 1:14-cv-12471-NMG (Dkt. No. 4-1).

19. Attached as Exhibit Q is a true and correct copy of the Oral Argument Transcript in *District of Columbia v. Heller*, 554 U.S. 570 (2008) (No. 07–290).

20. Attached as Exhibit R is a true and correct copy of the Militia Act of 1792, 1 Stat. 271.

21. Attached as Exhibit S is a true and correct copy of U.S. Patent No. 3,803,463 (filed July 10, 1972).

22. Attached as Exhibit T is a true and correct copy of U.S. Patent No. 4,253,132 (filed Dec. 29, 1977).

23. Attached as Exhibit U is a true and correct copy of an excerpt from H. Hale, *A Galvanic or Electric Harpoon for Paralyzing Whales*, 5 SCIENTIFIC AMERICAN 401 (1850).

24. Attached as Exhibit V is a true and correct copy of the Declaration of Mark Kroll, *Wright v. District of Columbia*, No. 1:16-cv-1556-JEB (D.D.C.) (Dkt. No. 9-5).

25. Attached as Exhibit W is a true and correct copy of excerpts from the following report: Office of the Inspector Gen., U.S. Dep't of Justice, No. I–2007–006, The Bureau of Alcohol, Tobacco, Firearms and Explosives' National Firearms Registration and Transfer Record (2007), available at http://www.justice.gov/oig/reports/ATF/e0706/final.pdf.

26. Attached as Exhibit X is a true and correct copy of excerpts from Taser International, Inc., Form 10-K, 2015 Annual Report to the U.S. Securities & Exchange Commission.

27. Attached as Exhibit Y is a true and correct copy of excerpts from Taser International, Inc., Form 10-K, 2013 Annual Report to the U.S. Securities & Exchange Commission.

28. Attached as Exhibit Z is a true and correct copy of R. Smith, *Is the Market for TASER's Tasers Tapped Out?*, THE MOTLEY FOOL (Sep. 27, 2016), available at https://www.fool.com/investing/2016/09/27/is-the-market-for-tasers-tasers-tapped-out.aspx.

29. Attached as Exhibit AA is a true and correct copy of excerpts from W. Krouse, Congressional Research Service, *Gun Control Legislation* (2012), available at https://fas.org/sgp/crs/misc/RL32842.pdf.

30. Attached as Exhibit BB is a true and correct copy of excerpts from J. Dunlap, THE NEW–YORK JUSTICE (1815).

31. Attached as Exhibit CC is a true and correct copy of excerpts from 4 COMMENTARIES ON THE LAWS OF ENGLAND (1769) (Blackstone).

32. Attached as Exhibit DD is a true and correct copy of D. McGuinness, *Three charged in alleged stun gun theft*, BOSTON GLOBE (July 22, 2016), available at [https://www.bostonglobe.com/metro/2016/07/22/three-arrested-dorchester-for-robbing-man-cellphone-shooting-him-with-stun-gun/qYYdu7lzJ1pYlGzpWfcBXK/story.html](https://www.bostonglobe.com/metro/2016/07/22/three-arrested-dorchester-for-robbing-man-cellphone-shooting-him-with-stun-gun/qYYdu7lzJ1pYlGzpWfcBXK/story.html).

33. Attached as Exhibit EE is a true and correct copy of M. Turner & M. Jumbelic, *Stun Gun Injuries in the Abuse and Death of a Seven-Month-Old Infant*, 48 J. OF FORENSIC SCIENCES 1 (2003).

34. Attached as Exhibit FF is a true and correct copy of J. Strote & P. Maher, *Civilian Use of a Conducted Electrical Weapon*, 33 AM. J. OF EMERGENCY MEDICINE 606.e1 (2015).

5

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 7th day of June, 2017.

                                                _____
                                                Julia Kobick