# CENTER FOR INDIVIDUAL RIGHTS

1100 CONNECTICUT AVENUE, N.W., SUITE 625
WASHINGTON, D.C. 20036

(202) 833-8400
FAX: (202) 833-8410
genl@cir-usa.org
http://www.cir-usa.org

WRITER'S EXTENSION:
114

July 26, 2018

Chambers of the Honorable Douglas P. Woodlock
United States District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re: *Martel et al. v. Healey*, No. 1:17-cv-10248-DPW

Dear Judge Woodlock,

Plaintiffs submit this letter in response to your request for an update on Plaintiffs' position on the status of the above litigation. Plaintiffs do not dispute that the claims raised in this litigation are moot.

Sincerely,

Michelle A. Scott

cc: Julia Kobick, esq.